Richard Tabura (SBN CA 298677)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800
taburar@gtlaw.com

Attorneys for Defendant MEDTRONIC, INC.,

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN ROCHA-WEST,<br><br>　　　Plaintiff,<br><br>v.<br><br>MEDTRONIC, INC.,<br><br>　　　Defendant. | CASE NO.  2:21-at-136<br><br>**DEFENDANT MEDTRONIC, INC.'S NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, defendant Medtronic, Inc., improperly named as Medtronic, Incorporated ("Medtronic") hereby gives notice of removal of this action, captioned *Karen Rocha-West v. Medtronic, Incorporated*, bearing case number CVCS20-0001295, from the Superior Court of California for the County of Sutter, to the United States District Court for the Eastern District of California. This Court has jurisdiction over this action because there is complete diversity of citizenship between Plaintiff and Medtronic, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

## BACKGROUND

1. On August 13, 2020, Plaintiff Karen Rocha-West ("Plaintiff") filed a Complaint in the Superior Court for the County of Sutter naming the following purported defendants: Medtronic and unidentified Doe defendants 1 to 10 ("Doe Defendants").

2. Plaintiff asserts causes of action against Medtronic for (1) products liability (strict liability), (2) negligence, and (3) breach of implied warranty.

3. Medtronic was first served with the Complaint on January 14, 2021. (See Compl., included within the attached **Exhibit A**, which is comprised of all pleadings and orders served on Medtronic).

4. Medtronic files this Notice of Removal within thirty (30) days after first being served.

5. As set forth more fully below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because (i) the Court has original jurisdiction under 28 U.S.C. § 1332 and (ii) Medtronic has satisfied the procedural requirements for removal.

## VENUE AND JURISDICTION

6. Venue is proper in this Court pursuant to 28 U.S.C. §§ 84, 1391, 1441(a) and 1446(a) because the Superior Court of California for the County of Sutter, where the Complaint was filed, is a state court within the Eastern District of California.

7. This Court has subject matter jurisdiction under 28 U.S.C. § 1332(a) because (1) there is complete diversity of citizenship between Plaintiff and Medtronic; (2) the

amount in controversy exceeds $75,000, exclusive of interests and costs; and (3) all other requirements for removal have been satisfied.

## I.  THE PARTIES ARE COMPLETELY DIVERSE

### A.  The Named Parties are Completely Diverse

8.  While the Complaint does not plead Plaintiff's citizenship, Plaintiff is a resident of California.  *See Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857 (9th Cir. 2001) ("The natural person's state citizenship is then determined by her state of domicile . . . [a] person's domicile is her permanent home, where she resides with the intention to remain or to which she intends to return.").

9.  Medtronic is a corporation organized and existing under the laws of the State of Minnesota with its principal place of business in Minnesota. Accordingly, Medtronic is a citizen of Minnesota. *See* U.S.C. § 1332(c)(1).

10.  In accordance with 28 U.S.C. § 1332(a)(1), complete diversity of citizenship exists because Plaintiff and Medtronic are not citizens of the same state.

### B.  The Citizenship of Doe Defendants Should Be Ignored

11.  The citizenship of the unnamed, unidentified Doe Defendants should be ignored for purposes of determining whether this action is removable based on diversity of citizenship. *See* 28 U.S.C. § 1441(b)(1) ("In determining whether a civil action is removable on the basis of [diversity of citizenship], the citizenship of defendants sued under fictitious names shall be disregarded.").

## II.  THE AMOUNT-IN-CONTROVERSY EXCEEDS $75,000

12.  "[A] defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S. Ct. 547, 554 (2014). "[W]hen a defendant seeks federal-court adjudication, the defendant's amount-in-controversy allegation should be accepted when not contested by the plaintiff or questioned by the court." *Id.* at 553.

13.  Here, the Complaint indicates that Plaintiff has allegedly suffered "wage loss[,]" "hospital and medical expenses[,]" "general damage[,]" and "loss of earning

capacity." (Compl. ¶ 12). Plaintiff seeks unspecified compensatory damages. (*Id*. ¶ 14).

14. Where a complaint fails to set forth a specific amount of damages, a defendant "must provide evidence establishing it is 'more likely than not' that the amount-in-controversy exceeds $75,000." *Bryan v. Apotex, Inc.*, No. 1:12-CV-01377-LJO, 2012 WL 5933042, at *3 (E.D. Cal. Nov. 27, 2012) (citing *Sanchez v. Monumental Life Ins.*, 102 F.3d 398, 404 (9th Cir. 1996)).

15. Courts in the Ninth Circuit have held that injury and damages allegations similar to Plaintiff's meet the $75,000 amount-in-controversy requirement. *See, e.g.*, *Garcia v. Owens-Brockway Glass Container Inc.*, No. LACV1601889JAKRAOX, 2016 WL 9275451, at *3 (C.D. Cal. June 30, 2016) (complaint with single negligence cause of action sufficient on its face to establish jurisdictional minimum where it sought compensatory damages for severe injuries and pain and suffering); *Hammarlund v. C.R. Bard, Inc.*, No. 215CV05506SVWJEM, 2015 WL 5826780, at *2 (C.D. Cal. Oct. 2, 2015) ("[C]ourts have found it facially apparent from [complaints alleging severe injuries] that the amount in controversy was satisfied."); *Campbell v. Bridgestone/Firestone, Inc.*, No. CIVF051499FVSDLB, 2006 WL 707291, at *3 (E.D. Cal. Mar. 17, 2006) (amount in controversy satisfied where complaint asserted strict products liability, negligence, and breach of warranty claims and sought compensatory damages for resulting injuries).

### III.  ALL OTHER REMOVAL REQUIREMENTS ARE SATISFIED

16. No previous application has been made for the relief requested herein.

17. Pursuant to 28 U.S.C. § 1446(b), this removal is timely because Medtronic has filed this Notice of Removal within 30 days of Medtronic being personally served with the summons and complaint.

18. Pursuant to 28 U.S.C. § 1446(a), Medtronic attaches a copy of all process, pleadings, and orders that have been served on Medtronic as **Exhibit A**.

19. By filing this Notice of Removal, Medtronic does not waive any defense that may be available to it and expressly reserves all such defenses.

20. Pursuant to 28 U.S.C. § 1446(d), Medtronic will give written notice of the

filing of this Notice of Removal to all parties of record in this matter, and will file a copy of this Notice with the clerk of the state court.

## CONCLUSION

WHEREFORE, Defendant Medtronic, Inc. hereby removes this action from the Superior Court of California for the County of Sutter, to the United States District Court for the Eastern District of California. Should any question arise as to the propriety of this removal, Defendant Medtronic, Inc. respectfully requests an opportunity to provide briefing and oral argument.

DATED:  February 12, 2021          GREENBERG TRAURIG, LLP

By: */s/ Richard Tabura*
Richard Tabura
Attorneys for Defendant MEDTRONIC, INC.,

# EXHIBIT A



# Notice of Service of Process

**null / ALL**
**Transmittal Number: 22565355**
**Date Processed: 01/14/2021**

| | |
|---|---|
| **Primary Contact:** | Vicki Ann Swanson<br>Medtronic<br>710 Medtronic Pkwy<br>Minneapolis, MN 55432-5603 |
| **Electronic copy provided to:** | Jackie Hiltner |
| **Entity:** | Medtronic, Inc.<br>Entity ID Number  3810357 |
| **Entity Served:** | Medtronic Incorporated |
| **Title of Action:** | Medtronic Incorporated vs. Karen Rocha-West |
| **Matter Name/ID:** | Medtronic Incorporated vs. Karen Rocha-West (10823351) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Product Liability |
| **Court/Agency:** | Sutter County Superior Court, CA |
| **Case/Reference No:** | CVCS20-0001295 |
| **Jurisdiction Served:** | Minnesota |
| **Date Served on CSC:** | 01/14/2021 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Michael J. Trezza<br>530-673-5637 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** Medtronic, Incorporated
*(AVISO AL DEMANDADO):*

**YOU ARE BEING SUED BY PLAINTIFF:** Karen Rocha-West
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

Electronically Filed
August 13, 2020
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SUTTER
CLERK OF THE COURT
By: Ashley Inguanzo, Deputy

*This electronic document is the official court record (GC68150)*

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Sutter County Superior Court
1175 Civic Center Blvd
1175 Civic Center Blvd
Yuba City, CA 95991

**CASE NUMBER:** *(Número del Caso):* CVCS20-0001295

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Michael J. Trezza    (530) 673-0277
Law Office of Michael Trezza
506 Second Street
Yuba City, CA 95991

**DATE:** 8/13/2020         Clerk, by _Ashley Inguanzo_, Deputy
*(Fecha)*                    *(Secretario)*                *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* **MEDTRONIC, INCORPORATED**

under: ☒ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
       ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
       ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
       ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 465

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Michael J. Trezza, SBN: 142922<br>Law Offices of Michael J. Trezza<br>506 Second Street<br>Yuba City, CA 95991<br>TELEPHONE NO.: (530) 673-5637   FAX NO. (Optional): (530) 673-0277<br>E-MAIL ADDRESS (Optional): michaeltrezzalaw@att.net<br>ATTORNEY FOR (Name): Plaintiff | Electronically Filed<br>August 13, 2020<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SUTTER<br>CLERK OF THE COURT<br>By: Ashley Inguanzo, Deputy |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sutter<br>STREET ADDRESS: 1175 Civic Center Blvd.<br>MAILING ADDRESS: 1175 Civic Center Blvd.<br>CITY AND ZIP CODE: Yuba City, CA 95993<br>BRANCH NAME: | |
| PLAINTIFF: Karen Rocha-West<br>DEFENDANT: Medtronic, and<br>[x] DOES 1 TO 10 | |
| **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**<br>[ ] AMENDED (Number):<br>Type (check all that apply):<br>[ ] MOTOR VEHICLE   [x] OTHER (specify): Products Liability<br>[ ] Property Damage   [ ] Wrongful Death<br>[ ] Personal Injury   [ ] Other Damages (specify):<br>Jurisdiction (check all that apply):<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>Amount demanded [ ] does not exceed $10,000<br>[ ] exceeds $10,000, but does not exceed $25,000<br>[x] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>[ ] from limited to unlimited<br>[ ] from unlimited to limited | CASE NUMBER:<br>CVCS20-0001295 |

1. Plaintiff (name or names): Karen Rocha-West
   alleges causes of action against defendant (name or names):
   Medtronic, and Does 1-10
2. This pleading, including attachments and exhibits, consists of the following number of pages: 4
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

PLD-PI-001

| SHORT TITLE: Rocha-West v. Medtronic | CASE NUMBER: |
|---|---|

4. [ ] **Plaintiff** *(name):*
    is doing business under the fictitious name *(specify):*

    and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

  a. [x] **except** defendant *(name):* Medtronic
    (1) [ ] a business organization, form unknown
    (2) [x] a corporation
    (3) [ ] an unincorporated entity *(describe):*
    (4) [ ] a public entity *(describe):*
    (5) [ ] other *(specify):*

  c. [ ] **except** defendant *(name):*
    (1) [ ] a business organization, form unknown
    (2) [ ] a corporation
    (3) [ ] an unincorporated entity *(describe):*
    (4) [ ] a public entity *(describe):*
    (5) [ ] other *(specify):*

  b. [ ] **except** defendant *(name):*
    (1) [ ] a business organization, form unknown
    (2) [ ] a corporation
    (3) [ ] an unincorporated entity *(describe):*
    (4) [ ] a public entity *(describe):*
    (5) [ ] other *(specify):*

  d. [ ] **except** defendant *(name):*
    (1) [ ] a business organization, form unknown
    (2) [ ] a corporation
    (3) [ ] an unincorporated entity *(describe):*
    (4) [ ] a public entity *(describe):*
    (5) [ ] other *(specify):*

[ ] Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
  a. [x] Doe defendants *(specify Doe numbers):* 1-5     were the agents or employees of other named defendants and acted within the scope of that agency or employment.
  b. [x] Doe defendants *(specify Doe numbers):* 6-10     are persons whose capacities are unknown to plaintiff.

7. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
  a. [ ] at least one defendant now resides in its jurisdictional area.
  b. [ ] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
  c. [x] injury to person or damage to personal property occurred in its jurisdictional area.
  d. [ ] other *(specify):*

9. [ ] Plaintiff is required to comply with a claims statute, **and**
  a. [ ] has complied with applicable claims statutes, **or**
  b. [ ] is excused from complying because *(specify):*

This electronic document is the official court record (GCG8150)

PLD-PI-001

| SHORT TITLE: Rocha-West v. Medtronic | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☐ General Negligence
   c. ☐ Intentional Tort
   d. ☒ Products Liability
   e. ☐ Premises Liability
   f. ☐ other *(specify)*:

11. Plaintiff has suffered
   a. ☒ wage loss
   b. ☐ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☒ loss of earning capacity
   g. ☐ other damage *(specify)*:

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) ☒ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: August 12, 2020

Michael J. Trezza
(TYPE OR PRINT NAME)

▶ *(signature)*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(5)

| SHORT TITLE: Rocha-West v. Medtronic | CASE NUMBER: |
|---|---|

First _____ **CAUSE OF ACTION—Products Liability**    Page __1__
   (number)

ATTACHMENT TO [✓] Complaint [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* Karen Rocha-West

Prod. L-1. On or about *(date):* August 29, 2018    plaintiff was injured by the following product:
Pacemaker

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
   [✓] used in the manner intended by the defendants.
   [ ] used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
   [ ] purchaser of the product.     [✓] user of the product.
   [ ] bystander to the use of the product.     [ ] other *(specify):*

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L-4. [✓] **Count One—Strict liability** of the following defendants who
   a. [✓] manufactured or assembled the product *(names):*
      Medtronic, Inc., and
      [✓] Does 1 to 10

   b. [✓] designed and manufactured component parts supplied to the manufacturer *(names):*
      Medtronic, Inc., and
      [✓] Does 1 to 10

   c. [✓] sold the product to the public *(names):*
      Medtronic, Inc., and
      [✓] Does 1 to 10

Prod. L-5. [✓] **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):*
   Medtronic, and
   [✓] Does 1 to 10

Prod. L-6. [✓] **Count Three—Breach of warranty** by the following defendants *(names):*
   Medtronic, Inc., and
   [✓] Does 1 to 10
   a. [✓] who breached an implied warranty
   b. [ ] who breached an express warranty which was
      [ ] written [ ] oral

Prod. L-7. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
   [ ] listed in Attachment-Prod. L-7 [ ] as follows:

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]

**CAUSE OF ACTION—Products Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SUTTER**<br>STREET ADDRESS: 1175 Civic Center Boulevard<br>MAILING ADDRESS: 1175 Civic Center Boulevard<br>CITY AND ZIP CODE: Yuba City, CA 95993<br>BRANCH NAME: | **FOR COURT USE ONLY**<br><br>ENDORSED FILED<br><br>AUG 1 4 2020<br><br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SUTTER<br>CLERK OF THE COURT<br>By ASHLEY INGUANZO  Deputy |
| PLAINTIFF:<br>**KAREN ROCHA-WEST**<br><br>VS.<br><br>DEFENDANT:<br>**MEDTRONIC, INCORPORATED** | |
| **NOTICE OF STATUS CONFERENCE** | CASE NUMBER:<br>**CVCS20-0001295** |

TO:  Michael J Trezza
     P O Drawer S
     Yuba City Ca  95992

**This matter is assigned to the Honorable Perry Parker for all pre-trial purposes & trial.** It will be tried by a different judge only if exceptional circumstances arise. The Court, following Judicial Council policy, will try to conclude this litigation within one year of the first pleading.

A Status Conference is set for: **02/16/2021 at 9:00 a.m. in Courtroom 1**, of the above-entitled court, unless a judgment has been earlier entered or an at-issue memorandum has already been filed. At least seven (7) working days prior to that date, each party or counsel of record shall file with the clerk, a brief statement, not to exceed two (2) pages, reflecting the extent to which the case is not at-issue, what discovery and/or pretrial matters remain to be completed and a trial date estimate. Failure to comply with the Notice may result in the imposition of sanctions.

Plaintiff, personally or through counsel, shall cause a copy of this Notice to be served on all parties or intervenors, either with the summons, or, following a party's appearance, by mail. Any cross-complainant shall likewise serve this Notice on any parties brought before the court for the first time by the cross complaint. Proof of service shall be filed forthwith.

Date: August 14, 2020                           Stephanie M Hansel
                                                Court Executive Officer

                                                By: _Ashley Inguanzo_
                                                Deputy Court Clerk

### CERTIFICATE OF SERVICE BY MAIL OR PERSONAL SERVICE

I hereby certify that I am employed by Sutter County Superior Court. My business address is 1175 Civic Center Boulevard, Yuba City, CA 95993. I am over 18 years of age and not a party to this cause.

I further certify that on this date, a true copy of this document was mailed first class, postage fully prepaid, in a sealed envelope addressed as indicated above.

Date: August 14, 2020                           Stephanie M Hansel
                                                Court Executive Officer

                                                By: _Ashley Inguanzo_
                                                Deputy Court Clerk

Local Form Approved for Optional Use
Sutter County Superior Court
Effective: May 16, 2016
Revised:

**NOTICE OF STATUS CONFERENCE**

Page 1 of 1

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is: 1840 Century Park East, Suite 1900, Los Angeles, CA 90067.

On February 12, 2021, I served the following document(s): **DEFENDANT MEDTRONIC, INC.'S NOTICE OF REMOVAL** on the interested parties in this action by placing a true and correct copy of such document, enclosed in a sealed envelope, addressed as follows:

> Michael J. Trezza
> Law Offices of Michael Trezza
> 506 Second Street
> Yuba City, CA 95991
> michaeltrezzalaw@att.net

☐ I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at, Minneapolis, Minnesota.

☒ By Overnight Service: I caused the above-referenced document(s) to be deposited in a box or other facility regularly maintained by the overnight courier, or I delivered the above-referenced document(s) to an overnight courier service, for delivery to the above addressee(s).

☐ By E-Service: I electronically served the above document(s) via LexisNexis File & Serve on the recipients designated on the Transaction Receipt located on the LexisNexis File & Serve website.

Executed: February 9, 2021.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Rosa Irajpanah* (signature)
Rosa Irajpanah