Richard Tabura (SBN CA 298677)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800
taburar@gtlaw.com

Defendant MEDTRONIC, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN ROCHA-WEST,<br><br>  Plaintiff,<br><br>v.<br><br>MEDTRONIC, INC.,<br><br>  Defendant. | CASE NO. 2:21-at-136<br><br>**DEFENDANT MEDTRONIC, INC.'S JURY DEMAND** |

Defendant Medtronic, Inc., improperly named as Medtronic, Incorporated ("Medtronic"), through its undersigned counsel of record, hereby demands a trial by jury on all issues triable by a jury in the above-entitled action.

DATED:  February 12, 2021                    GREENBERG TRAURIG, LLP

                                                    By: */s/ Richard Tabura*
                                                        Richard Tabura
                                                        Defendant MEDTRONIC, INC.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is: 1840 Century Park East, Suite 1900, Los Angeles, CA 90067.

On February 12, 2021, I served the following document(s): **DEFENDANT MEDTRONIC, INC.'S JURY DEMAND** on the interested parties in this action by placing a true and correct copy of such document, enclosed in a sealed envelope, addressed as follows:

> Michael J. Trezza
> Law Offices of Michael Trezza
> 506 Second Street
> Yuba City, CA 95991
> michaeltrezzalaw@att.net

☐ I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at, Minneapolis, Minnesota.

☒ By Overnight Service: I caused the above-referenced document(s) to be deposited in a box or other facility regularly maintained by the overnight courier, or I delivered the above-referenced document(s) to an overnight courier service, for delivery to the above addressee(s).

☐ By E-Service: I electronically served the above document(s) via LexisNexis File & Serve on the recipients designated on the Transaction Receipt located on the LexisNexis File & Serve website.

Executed: February 12, 2021.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_Rosa Irajpanah_
Rosa Irajpanah