1 | Richard Tabura (SBN CA 298677)
2 | GREENBERG TRAURIG, LLP
  | 1840 Century Park East, Suite 1900
3 | Los Angeles, California 90067-2121
4 | Telephone: 310.586.7700
  | Facsimile: 310.586.7800
5 | taburar@gtlaw.com

6 | Attorneys for Defendant Medtronic, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| KAREN ROCHA-WEST, | ) CASE NO. 2:21-CV-00283-WBS-DB |
|---|---|
| Plaintiff, | ) **ORDER GRANTING SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO EASTERN DISTRICT LOCAL RULE 144(a)** |
| v. | |
| MEDTRONIC, INC., | |
| Defendant. | |

Based on the Second Joint Stipulation to Extend Time to Respond to Compliant Pursuant to Eastern District Local Rule 144(a), and GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:

Defendant Medtronic, Inc.'s time to respond to Plaintiff Karen Rocha-West's Complaint shall be continued from March 19, 2021 to April 2, 2021.

IT IS SO ORDERED.

Dated: March 16, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE