Richard Tabura (SBN CA 298677)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800
taburar@gtlaw.com

Attorneys for Defendant Medtronic, Inc.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN ROCHA-WEST,<br><br>　　Plaintiff,<br><br>v.<br><br>MEDTRONIC, INC.,<br><br>　　Defendant. | CASE NO. 2:21-CV-00283-WBS-DB<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Karen Rocha-West ("Plaintiff") and Defendant Medtronic, Inc. ("Medtronic") (Plaintiff and Defendants are referred to collectively as the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree, that the above-captioned case should be dismissed with prejudice. Each party shall bear its own costs, fees, and expenses.

| | | |
|---|---|---|
| 1 | DATED:  March 24, 2021 | GREENBERG TRAURIG, LLP |
| 2 | | By: */s/ Richard Tabura* |
| 3 | | Richard Tabura<br>Attorneys for Defendant Medtronic, Inc. |
| 6 | DATED:  March 24, 2021 | LAW OFFICE OF MICHAEL J. TREZZA |
| 7 | | By: */s/ Michael Trezza* |
| 8 | | Michael Trezza<br>Attorneys for Plaintiff Karen Rocha-West |

# PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is: 1840 Century Park East, Suite 1900, Los Angeles, CA 90067.

On March 24, 2021, I served the following document(s): **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** on the interested parties in this action as follows:

> Michael J. Trezza
> Law Offices of Michael Trezza
> 506 Second Street
> Yuba City, CA 95991
> michaeltrezzalaw@att.net

☐ I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at, Minneapolis, Minnesota.

☐ By Overnight Service: I caused the above-referenced document(s) to be deposited in a box or other facility regularly maintained by the overnight courier, or I delivered the above-referenced document(s) to an overnight courier service, for delivery to the above addressee(s).

☒ I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above. The document(s) was served electronically and the transmission was reported complete and without error.

Executed: March 24, 2021.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/ Haleh Sharifi
Haleh Sharifi