Richard Tabura (SBN CA 298677)
GREENBERG TAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800
taburar@gtlaw.com

Attorneys for Defendant Medtronic, Inc.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN ROCHA-WEST,<br><br>　　Plaintiff,<br><br>v.<br><br>MEDTRONIC, INC.,<br><br>　　Defendant. | CASE NO. 2:21-CV-00283-WBS-DB<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Based on the Stipulation of the parties, IT IS HEREBY ORDERED THAT:

This action is dismissed with prejudice. Each party shall bear its own costs, fees, and expenses.

IT IS SO ORDERED.

Dated: March 25, 2021

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE